# U UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF OHIO

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                            :
:
                Plaintiff,                  :    Civil Action No. 3:15-cv-00175-WHR
:
          vs.                                     :
:
JOHN DOE subscriber assigned IP address                      :
71.64.197.37,                                                :
:
           Defendant.                          :
:
---------------------------------------------------------------X

### SUPPLEMENTAL STATUS REPORT

Plaintiff, Malibu Media, LLC ("Plaintiff"), pursuant to this Court's order of June 6, 2015 [CM/ECF 6], hereby files its Supplemental Status Report, and states:

On May 12, 2015, Plaintiff filed a Motion for Leave to Serve a Thirds Party Subpoena Prior to Rule 26 (f) conference [CM/ECF 2]. On June 5, 2015, an Order Granting John Doe Defendant a Protective Order to proceed anonymously was entered [CM/ECF 7]. Plaintiff sent out the subpoena along with a copy of the Court's order to Defendant's ISP on that same day. The ISP has until July 27, 2015, to comply and provide Plaintiff with Defendant's identifying information. Once plaintiff receives the information from the ISP, it will proceed to conduct an investigation of the information provided; a process that may take up to thirty [30] days.

Dated: July 20, 2015

Respectfully submitted,

**YMF, INC.: The Law Office of Yousef M. Faroniya**

 /s/ *Yousef M. Faroniya*
Yousef M Faroniya
84 S. 4th St.
Columbus, Ohio 43215
Tel.: (614) 360-1855
Fax:(614) 859-5016
E-mail: yousef@ymfincorporated.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

 /s/ *Yousef M. Faroniya*